# EXHIBIT D

# NTTA
**NORTH TEXAS TOLLWAY AUTHORITY**

PAGE 1 of 2
INVOICE ID 7716712

## VIOLATION INVOICE

| Invoice ID | Tolls | Administrative Fees | Total Amount Due | Due Date |
|---|---|---|---|---|
| 7716712 | $28.16 | $550.00 | $578.16 | February 27, 2010 |

Administrative fees may be reduced to approximately $8.33 per transaction if received by the due date. Your discounted payment of $209.66 will be accepted as payment in full if received by 02/27/2010.

### RE: NOTICE OF NONPAYMENT OF TOLL

You are receiving this violation notice due to your failure to pay the toll associated with the transactions listed below. Pay the total amount immediately to prevent incurring additional fines, citations or collection fees. You may remit your payment by mail via check or credit card, online or by phone. If you remit by mail, please send a check payable to NTTA for the total amount due and include the payment coupon below.

You may also pay your violation invoice online at www.NTTA.org or by calling 972-818-NTTA (6882).

**PLEASE PAY ONLY THE TOTAL AMOUNT DUE.**

▶ Se habla español. Llame al 972-818-NTTA (6882) o visite www.NTTA.org en la internet.

License Plate: GGV789 (TX)
Vehicle: 1998 CHEV CZ2

| Date | Time | Location | Toll | Admin.Fee | Total |
|---|---|---|---|---|---|
| 09/19/2009 | 22:15:09 | PGBT-MLP6-11 | $1.50 | $25.00 | $26.50 |
| 10/01/2009 | 19:02:33 | PGBT-ERERD-04 | $1.01 | $25.00 | $26.01 |
| 10/01/2009 | 19:11:35 | PGBT-GARRD-04 | $0.46 | $25.00 | $25.46 |
| 10/02/2009 | 16:15:09 | PGBT-MLP6-12 | $1.50 | $25.00 | $26.50 |
| 10/07/2009 | 16:09:38 | PGBT-MLP6-13 | $1.50 | $25.00 | $26.50 |
| 10/08/2009 | 20:06:48 | PGBT-MLP7-09 | $1.62 | $25.00 | $26.62 |
| 10/08/2009 | 20:20:50 | PGBT-MLP8-12 | $1.50 | $25.00 | $26.50 |
| 10/10/2009 | 08:26:49 | PGBT-GARRD-01 | $0.46 | $25.00 | $25.46 |
| 10/11/2009 | 14:26:27 | PGBT-MLP6-06 | $1.50 | $25.00 | $26.50 |
| 10/13/2009 | 16:21:36 | PGBT-MLP6-13 | $1.50 | $25.00 | $26.50 |
| 10/16/2009 | 16:10:58 | PGBT-MLP6-12 | $1.50 | $25.00 | $26.50 |
| 10/17/2009 | 11:26:19 | PGBT-ERERD-01 | $1.01 | $25.00 | $26.01 |
| 10/18/2009 | 10:29:38 | PGBT-MLP6-07 | $1.50 | $25.00 | $26.50 |
| 10/19/2009 | 22:53:56 | PGBT-MLP6-13 | $1.50 | $25.00 | $26.50 |
| 10/23/2009 | 19:16:33 | PGBT-MLP6-12 | $1.50 | $25.00 | $26.50 |



Pursuant to Code §366.178 of the Texas Transportation Code, the registered owner of a vehicle passing through a toll facility without paying the proper toll is held responsible for the non-payment and may be required to pay the proper tolls. Failure to pay the toll could result in the transfer of a violation invoice and/or a collection agency. These violations could result in the issuance of a traffic citation, which can carry a fine of up to $250.00 per citation, plus court costs, the tolls and administrative fees.

---

# NTTA
**NORTH TEXAS TOLLWAY AUTHORITY**

**VIOLATION INVOICE**
**Payment Coupon**

☐ Check to update address. Please provide information on the reverse side.

**Return this portion with payment.** ▼

| Invoice ID | Tolls | Administrative Fees | Total Amount Due | Due Date |
|---|---|---|---|---|
| 7716712 | $28.16 | $550.00 | $578.16 | February 27, 2010 |

Amount Enclosed $ _____

13-1
BRIAN COVERT
1405 BROADMOOR DR
RICHARDSON TX 75082-3031

Please return payment to:
North Texas Tollway Authority
Customer Service Center
P.O. Box 260928
Plano, TX 75026-0928

NTTA-VES(10/09)